UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 MAR 20 PM 4:30

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA   )
   )
V.   )   3:18 CR 00007
   )
TREVOLIS RAJON CONEY,   )
   )
Defendant.   )

## ORDER

Presently pending before the Court is the Defendant's Motion to Continue Sentencing filed under Seal on March 20, 2019.

After careful consideration, this Court finds that this request has not been made for the purpose of undue delay but in the interest of justice. The Court further finds that the ends of justice served by granting such a continuance outweigh the best interest of the public.

Accordingly, after consideration of the factors set forth in 18 U.S.C. § 3161 (h)(7)(A), and finding just cause to support the same, the Court GRANTS the continuance, and excludes from the time calculation under the Speedy Trial Act the time between the making the motion and the new sentencing date.

THEREFORE, IT IS ORDERED that the Defendant's sealed Motion to Continue Sentencing is GRANTED. The Sentencing Hearing in this matter is continued until such time as rescheduled by the Court.

SO ORDERED, this _20th_ day of _March_, 2019.

_____
UNITED STATES DISTRICT JUDGE